AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

NOEL NEFF

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 05-1685 CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___July 9, 2005___ in ___Norfolk___ county, in the District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)

using a facility and means of interstate commerce, attempt to knowingly persuade, induce, entice, and coerce a person who had not attained the age of 18 years to engage in sexual actiity for which any person can be charged with a criminal offense, and did travel in interstate commerce for the purpose of engaging in a sexual act with a person under 18 years of age that would be in violation of chapter 109A if the sexual act had occurred in the special maritime and territorial jurisdiction of the United States

in violation of Title ___18___ United States Code, Section(s) ___2422(b) and 2423(b)___

I further state that I am a(n) ___FBI Special Agent___ and that this complaint is based on the following
Official Title

facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:   ☑ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

07-11-2005                                at        Boston, Massachusetts
Date                                                  City and State

CHARLES B. SWARTWOOD
CHIEF UNITED STATES MAGISTRATE JUDGE          _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.