AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

———————————————— District of ————————————————

*filed in
open
Court
7/11/05*

## APPEARANCE

CASE NUMBER: O5-16895-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Noel Neff

I certify that I am admitted to practice in this court.

7·11·05
_____
Date

_____
Signature

CHAUNCEY B. WOOD #600354
Print Name                                      Bar Number

47 3rd St, Suite 201
Address

Cambridge          MA          02141
City                    State            Zip Code

(617) 577-8722  (617)577-7897
Phone Number                            Fax Number