UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 05CR 10184 GA |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 2422(b) -- |
| NOEL NEFF ) | Use of Interstate Facility to |
| ) | Induce Minor to Engage in |
| ) | Sexual Activity |
| ) | 18 U.S.C. § 2423(b) -- |
| ) | Interstate Travel to Engage in |
| ) | Sexual Conduct With Minor |

INDICTMENT

COUNT ONE:   (Title 18, United States Code, § 2422(b) -- Use of
             Interstate Facility to Induce Minor to Engage in
             Sexual Activity)

The Grand Jury charges that:

   Between on or about April 26, 2005 and on or about July 9, 2005, at Boston, and elsewhere in and without the District of Massachusetts,

                         NOEL NEFF,

the defendant herein, did attempt to use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense.

   All in violation of Title 18, United States Code, Section 2422(b).

**COUNT TWO**: **(Title 18, United States Code, § 2423(b) -- Interstate Travel to Engage in Sexual Conduct With Minor)**

The Grand Jury further charges that:

On or about July 9, 2005, at Franklin, and elsewhere in and without the District of Massachusetts,

**NOEL NEFF**,

the defendant herein, did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person.

All in violation of Title 18, United States Code, Section 2423(b).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY




DISTRICT OF MASSACHUSETTS; July 21, 2005

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

05 CR 10184 GAO

**Criminal Case Cover Sheet**           U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** _____ | **Category No.** II | **Investigating Agency** FBI |
| **City** Franklin | **Related Case Information:** | |
| **County** Norfolk | Superseding Ind./Inf. _____ | Case No. _____ |
| | Same Defendant _____ | New Defendant _____ |
| | Magistrate Judge Case Number | 05-1685-CBS |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name  Noel Neff        Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  262 East Avenue, Apt. 2, Norwalk, CT

Birth date (Year only): 1959  SSN (last 4 #): 8576  Sex M  Race: White  Nationality: U.S

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Robert E. Richardson      Bar Number if applicable  558489

Interpreter: ☐ Yes  ☒ No  List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date:  July 9, 2005

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Chief USMJ Swartwood  on  July 11, 2005

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  7/21/05     Signature of AUSA: *[signature]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Noel Neff

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 2422(b) | Inducing minor to engage in sexual activity | 1 |
| Set 2   18 U.S.C. § 2423(b) | Travel to engage in sexual act with minor | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**