UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,           )
                                   )
                                   )
         v.                        )   **CRIMINAL ACTION**
                                   )   **NO. 05-10184-GAO**
NOEL NEFF,                         )
         Defendant,                )
_____)

**INITIAL STATUS REPORT**
**September 14, 2005**

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to O'Toole, J. to whom this case is assigned:

1. **Discovery**

Mr. Neff's counsel has not had an opportunity to review the voluminous discovery provided by the Government in this case and requests additional time to complete that review. I have granted that request.

2. **Further Status Conference**

A further status conference shall be held in this case on October 12, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Neff, I am excluding from the Speedy Trial Act, the period from August 11, 2005 (date of expiration of prior order of excludable time) through October 12, 2005 (date by which Mr. Neff's counsel will have completed a review of the discovery produced by the Government in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, December 21, 2005</u>.

/s/Charles B. Swartwood, III  
CHARLES B. SWARTWOOD, III  
CHIEF MAGISTRATE JUDGE
