# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
         v.                         )   **CRIMINAL ACTION**
                                    )   **NO. 05-10184-GAO**
NOEL NEFF,                          )
         Defendant,                 )
_____ )

### ORDER OF EXCLUDABLE TIME
### September 12, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 11, 2005 (date of expiration of prior order of excludable time) through October 12, 2005 (date by which Mr. Neff's counsel will have completed a review of the discovery produced by the Government in this case) shall be excluded from the Speedy Trial Act.

                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    CHIEF MAGISTRATE JUDGE