# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 05-10184-GAO
NOEL NEFF,                     )
         Defendant,            )
_____)
```

## STATUS REPORT
### December 19, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to O'Toole, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. Neff's counsel has requested additional time to review discovery with his client. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on January 19, 2006, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government, I am excluding from the

Speedy Trial Act, the period from December 14, 2005 (date of expiration of prior order of excludable time) through January 19, 2006 (date by which discovery in this case shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, March 30, 2006.

                                      /s/Charles B. Swartwood, III
                                      CHARLES B. SWARTWOOD, III
                                      CHIEF MAGISTRATE JUDGE