UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
        v.                          )   CRIMINAL ACTION
                                    )   NO. 05-10184-GAO
NOEL NEFF,                          )
        Defendant,                  )
_____ )

FINAL STATUS REPORT
January 20, 2006

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to O'Toole, J. to whom this case is assigned:

1. Discovery

Completed. Therefore, I am returning this case to Judge O'Toole for all further proceedings. It appears that counsel for the parties are close to a resolution of this case without a trial, but those discussions have not been completed.

2. Excludable Time

At the request of the Government and with the assent of Mr. Neff's counsel, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through January 19, 2006. Therefore, assuming no further order of excludable time under the

plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, March 30, 2006.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE