UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

No. 05-10184-GAO

UNITED STATES OF AMERICA

v.

NOEL NEFF

ATTORNEY CHAUNCEY B. WOOD'S MOTION TO WITHDRAW

Attorney Chauncey B. Wood moves for leave to withdraw as counsel for the Defendant in this matter, Noel Neff. In support of this motion, Attorney Wood states the following:

1. Mr. Neff contacted Mr. Wood and notified him that he had decided to hire attorney, Francis O'Reilly, to represent him in this matter. Accordingly, he asked Mr. Wood to withdraw.

2. Mr. O'Reilly contacted Mr. Wood last week and they spoke about the case at length. Mr. O'Reilly confirmed that Mr. Neff had contacted him and had asked him to represent Mr. Neff. Furthermore, Mr. O'Reilly confirmed that he had filed an appearance in this matter.

Dated:   February 13, 2006          Respectfully Submitted,

                                    /s/ Chauncey Wood

                                    Chauncey B. Wood, BBO# 600354
                                    Shea, LaRocque & Wood, LLP
                                    47 3rd Street, Suite 201
                                    Cambridge, MA 02141
                                    Tel. (617) 577-8722