**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Unites States of America | : | Docket #: 1:05-cr-10184-GAO-1 |
| v. | : | Motion to Appear *pro hac vice* |
| Noel Neff | : | |

The Defendant respectfully moves that his attorney, Francis L. O'Reilly, of the bar of the United States District Court for the District of Connecticut, Court of Appeals for the Second Circuit, the bar of the State of Connecticut, and State of New York, be admitted to practice for the purpose of this case only, before the Bar of the United States District Court for the District of Massachusetts, *pro hac vice*.

Respectfully submitted,
Noel Neff,
By his attorney,

_____
Francis L. O'Reilly

## CERTIFICATE OF SERVICE

I, Francis L. O'Reilly, do hereby certify that I delivered a copy the attached motion to appear *pro hac vice*, and accompanying affidavits of counsel via first class mail, post prepaid to:

Robert E. Richardson, Esq.
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210

Dated: _____

Francis L. O'Reilly

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Unites States of America | : | Docket #: 1:05-cr-10184-GAO-1 |
| v. | : | Affidavit of Frank O'Reilly in Support of Motion to Appear |
| Noel Neff | : | *pro hac vice* |

### AFFIDAVIT OF FRANCIS L. O'REILLY IN SUPPORT OF PRO HAC VICE
### ADMISSION

I, Francis O'Reilly, being duly sworn, depose and say:

1. I am above the age of 18 years and understand the obligations of an oath.

2. I have personal knowledge of the facts I attest to in this affidavit.

3. I am an attorney specializing in Criminal Law and represent the Defendant in the above-captioned matter.

4. I have handled numerous Federal Criminal matters as private counsel and I am an active member of the CJA Panel in the District of Connecticut. My federal bar number is CT 17505.

5. I make this affidavit in support of Attorney Rudolph Miller's Motion for Pro Hac Vice Admission.

6. My office is located at 87 Ruane Street, Fairfield, CT 06824, and telephone number is 203-319-0707.

7.  I have been admitted to practice in:

    a. New York                                          March 18, 1997

    b. Connecticut                                       December 11, 1996

    c. Court for the Federal District of Connecticut     May 2, 1997

    d. Second Circuit Court of Appeals                   April 6, 2000

8.  I am both in good standing and eligible to practice in the aforementioned courts. See attached Certificate of Good Standing.

9.  I have not ever nor currently have I been suspended, nor disbarred, nor disciplined in any jurisdiction.

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

Executed at Fairfield, Connecticut, this 25th day of January 2005.

_____
Francis L O'Reilly

Subscribed and sworn to before me this 25th day of January 2005.

_____
Commissioner of the Superior Court
Michael A. Ponzio

AO 136 (Rev. 4/94)

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT          Frances L. O'Reilly

                          BAR #:   ct17505

   I, **Kevin F. Rowe**, Clerk of the United States District Court, District of Connecticut,

   DO HEREBY CERTIFY that  Francis L. O'Reilly  was duly admitted to practice in said Court on  5/2/1997 ,
and is a member in good standing of the bar of said Court.

Dated at Bridgeport, Connecticut          Kevin F. Rowe
                                          Clerk

on January 24, 2006                       Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Unites States of America | : | Docket #: 1:05-cr-10184-GAO-1 |
| v. | : | ORDER FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| Noel Neff | : | |

Based upon the motion of Francis L. O'Reilly for admission to practice pro hac vice in this action on behalf of Attorney Rudolph Miller, and in accordance with the Rules of Practice of the United States District Court for the District of Massachusetts, IT IS HEREBY ORDERED that:

/_/    the motion of attorney for admission to practice pro hac vice is granted.

/_/    the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned

Dated this _____ day of _____, 20____.

_____
UNITED STATES DISTRICT/ MAGISTRATE JUDGE