UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 APR 14 A II: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| Unites States of America | : | Docket #: 1:05-cr-10184-GAO-OF |
| v. | : | Notice of Manual Filing |
| Noel Neff | : | April 12, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that counsel for the Defendant, Noel Neff is requesting that all documents being filed, be manually filed with the Court. Counsel cannot submit documents through Official Court Electronic Document Filing System because counsel is registered through the District of Connecticut and is not allowed to e-file outside of the district. Further local counsel working with undersigned in the District Of Massachusetts is unable to e-file.

WHEREFORE, the defendant respectfully requests that the allow the undersigned to manually file all documents and motions with regard to the above captioned case.

Respectfully submitted,

Noel Neff

By_____
Francis L. O'Reilly,
Fed. Bar No.: CT17505
87 Ruane Street
Fairfield, CT 06824
PH#203-319-0707
FAX#203-319-0128
Email: Attflor@AOL.com

## CERTIFICATE OF SERVICE

I, Francis L. O'Reilly, do hereby certify that I delivered a copy the attached motion via first class mail, post prepaid to:

Robert E. Richardson, Esq.
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210

Dated:

_____
Francis L. O'Reilly