UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 05-10184-GAO |
| | ) |
| NOEL NEFF | ) |

## GOVERNMENT'S WITNESS LIST

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney, and Robert E. Richardson, Assistant U.S. Attorney, hereby provides the following list of potential witnesses for the trial of the above matter.  The government reserves the right to supplement this list and/or to call additional witnesses in light of developments prior to or at trial.

1. David George, Special Agent, FBI
2. James Butler, Special Agent, FBI
3. C.J. Sperber, Special Agent, FBI
4. Robert Blackmore, Special Agent, FBI
5. Christopher Geary, Special Agent, FBI
6. Jane Craig, Special Agent, FBI
7. John Green, Special Agent, FBI

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

     I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 12, 2006.

                                                /s/Robert E. Richardson
                                                ROBERT E. RICHARDSON