**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 05-10184-GAO** |
| | ) | |
| **NOEL NEFF** | ) | |

**GOVERNMENT'S EXHIBIT LIST**

The United States of America, through its attorneys, Michael J. Sullivan, United States

Attorney, and Robert E. Richardson, Assistant U.S. Attorney, hereby provides the following list

of exhibits for the trial of the above matter.  The government reserves the right to supplement

this list and/or to call additional exhibits in light of developments prior to or at trial.

     1.      Volume containing internet chatroom bulletin board, instant messages, and e-mails.

    2A.    Cassette containing voicemail message left by "Chris," 6/8/05.

    2B.    Cassette containing voicemail message left by Noel Neff, 6/8/05.

    3.     Advice of rights form, signed 7/9/05.

    4A.    Photograph of "Chris," signed and dated by Noel Neff, 7/9/05.

    4B.    Photograph of Noel Neff, signed and dated by Noel Neff, 7/9/05.

    5A.    Photograph of mall in Franklin, Massachusetts.

    5B.    Photograph of blue-green Saturn vehicle with Connecticut registration 533-LCV.

    5C.    Photograph of Noel Neff and agents at mall in Franklin, Massachusetts.

    5D.    Photograph of blue bag on rear seat of Saturn vehicle.

    5E.    Photograph of contents of blue bag from rear of Saturn vehicle.

    5F.    Photograph of partial contents of blue bag from rear of Saturn vehicle.

    6.     Blue bag and contents.

7.      Small gray zippered bag and contents.

8A.     Book entitled "My First Time."

8B.     Book entitled "Jocks."

8C.     Magazine entitled "Men."

8D.     Magazine entitled "Men."

8E.     Magazine entitled "Honcho."

8F.     Magazine entitled "Freshmen."

9.      Stipulations.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney


                        By:

                                        /s/Robert E. Richardson
                                        ROBERT E. RICHARDSON
                                        Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

        I, Robert E. Richardson, hereby certify that this document filed through the ECF system
will be sent electronically to the registered participants as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on
May 15, 2006.


                                        /s/Robert E. Richardson
                                        ROBERT E. RICHARDSON