UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CRIMINAL ACTION NO. 05-10184-GAO

UNITED STATES OF AMERICA

v.

NOEL NEFF,
Defendant

VERDICT

1. As to <u>Count 1</u> of the indictment, we, the jury, find the defendant, NOEL NEFF:

    NOT GUILTY _____    GUILTY __✓__

2. As to <u>Count 2</u> of the indictment, we, the jury, find the defendant, NOEL NEFF:

    NOT GUILTY _____    GUILTY __✓__

The foregoing represents the unanimous verdict of the Jury.

_____
Signature of the Foreman

5/18/06
Date  1:55 PM