TITLE: U S A vs. Noel Neff

CASE NO: 05-10184-GAO

## JURY PANEL

1) Harry Kelloway
2) Karl Pedersen
3) Chienru Wang
4) Jason Redi
5) Janet Csrnko
6) James Timmins
7) Matthew Cavanagh
8) Mary Leary
9) Robert Muliero
10) Jennifer Millar
11) Kevin Sherman
12) Andrea Norris
13) Jean Goddard
14) Denise Chandonnet

## WITNESSES

Gov't/Pltf.

1) 
2) David George
3) James Butler
4) Charles Sperber
5) 
6) 
7) 
8) 
9) 
10) 
11) 
12) 
13) 
14) 
15) 

Defendant

1) Kari Ridge
2) Donna Henry
3) 
4) 
5) 
6) 
7) 
8) 
9) 
10) 
11) 
12) 
13) 
14) 
15)