AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT    DISTRICT OF    MASSACHUSETTS

USA

**EXHIBIT AND WITNESS LIST**

V.

NOEL NEFF    Gov't    Case Number: CR05-10184

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| O'Toole | Richardson | O'Reilly |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/15 - 5/18/06 | Patrisso, Killian | |

| PLF NO. (Gov't) | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/16/06 | ✓ | ✓ | Chat Conversations with defendant |
| 2A | | 5/16/06 | ✓ | ✓ | tape of voice mail recordings |
| 2B | | 5/16/06 | ✓ | ✓ | tape of voice mail recordings |
| 5B | | 5/16/06 | ✓ | ✓ | Picture of Vehicle of Δ |
| 5A | | 5/16/06 | ✓ | ✓ | Photo of Parking Lot of Franklin Village |
| 3 | | 5/16/06 | ✓ | ✓ | Advice to Rights Form |
| 4A | | 5/16/06 | ✓ | ✓ | Photo of Agent |
| 4B | | 5/16/06 | ✓ | ✓ | Photo of Δ |
| 5C | | 5/17/06 | ✓ | ✓ | Photo of Neff and Agents |
| 6 | | 5/17/06 | ✓ | ✓ | Gym bag |
| 7 | | 5/17/06 | ✓ | ✓ | Gray toiletry bag |
| 8A | | 5/17/06 | ✓ | ✓ | Adult books |
| 8B | | 5/17/06 | ✓ | ✓ | Adult books |
| 8C | | 5/17/06 | ✓ | ✓ | Adult Magazines |
| 8D | | 5/17/06 | ✓ | ✓ | Adult Magazines |
| 8E | | 5/17/06 | ✓ | ✓ | Adult Magazines |
| 8F | | 5/17/06 | ✓ | ✓ | Adult Magazines |
| 5D | | 5/17/06 | ✓ | ✓ | Photo of blue Gym bag |
| 5E | | 5/17/06 | ✓ | ✓ | Photo of items in Gym bag |
| 5F | | | | | Photo of items in toiletry bag |
| | A | | | | List of items seized |
| 9 | | | | | Stipulation |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages