# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Unites States of America | : | Docket #: 1:05-cr-10184-GAO-1 |
| v. | : | **Motion to continue sentencing** |
| Noel Neff | : | May 1, 2006 |

## MOTION TO CONTINUE SENTENCING

 Attorney Francis L. O'Reilly, representing the defendant, Noel Neff, hereby respectfully moves the Court for a continuance of the defendant's sentencing date from September 14, 2006 to the December Sentencing Calendar. The undersigned has an State of Connecticut Appellate Argument in the matter of State v. Howard Cosby which conflicts with the sentencing scheduled in the above- captioned matter.  Further the undersigned is scheduled to begin trial in United States v. Juan Flores in front of Judge Kravitz on October 3, 2006, which is expected to last three weeks. Moreover on November 3, 2006 counsel is scheduled for jury selection, with evidence commencing on November 13, 2006 in United States v. John Blot in front of Judge Nevas. The undersigned has contacted Assistant United States Attorney Robert E. Richardson and he has no objection to this request.

 WHEREFORE, the defendant respectfully requests the continuance of sentencing until December Sentencing Calendar.

          Respectfully submitted,

          Noel Neff

          By: /s/_Francis L. O'Reilly_____
           Francis L. O'Reilly,
           Fed. Bar No.: CT17505
           87 Ruane Street
           Fairfield, CT 06430
           Phone: 203-319-0707
           Fax: 203-319-0128
           Email: Attflor@aol.com

## **CERTIFICATE OF SERVICE**

  I, Francis L. O'Reilly, do hereby certify that I delivered a copy the attached motion via first class mail, post prepaid to:

Robert E. Richardson, Esq.
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210


Dated:

          By: /s/_____*CT17505*_____
           Francis L. O'Reilly