UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 DEC 13 P 3:36

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States

v.

Noel Neff

CASE NO. 05-10184-GAO

## NOTICE OF APPEAL

Notice is hereby given that _Noel Neff_ above named, hereby appeals from the _Criminal Conviction_ entered in the above entitled action on _December 13, 2006_ .

By the Court,

12/13/06
Date

~~Deputy Clerk~~
Francis L. O'Reilly, Esq.

(Notice of Appeal.wpd - 12/98)